[No. 21193–5–I.   Division One.   March 13, 1989.]

*In the Matter of the Marriage of* SHARON G. BATES,
*Respondent, and* VERLIN E. BATES,
*Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 86–3–00556–7, Walter J. Deierlein, Jr., J.,
entered September 28, 1987. *Affirmed* by unpublished
opinion per Swanson, J., concurred in by Webster, J., and
Patrick, J. Pro Tem.


[No. 21642–2–I.   Division One.   March 13, 1989.]

RICHARD L. CARNAHAN, ET AL, *Respondents,* v. FIGGIE
INTERNATIONAL, INC., *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 85–2–10835–2, Nancy A. Holman, J., entered
December 16, 1987. *Reversed* by unpublished opinion per
Forrest, J., concurred in by Scholfield and Winsor, JJ.


[Nos. 8942–8–III; 8973–8–III.   Division Three.   March 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JORGE
MENDOZA RIVERA, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. SALVADOR
ANAYA GARCIA, *Appellant.*

Appeals from judgments of the Superior Court for Yak-
ima County, Nos. 87–1–00958–6, 87–1–00959–4, Bruce P.
Hanson, J., entered October 23, 1987. *Affirmed* by unpub-
lished opinion per Green, J., concurred in by Thompson,
C.J., and Munson, J.